October 4, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

R.V. BROTHERS INC. AKA R.V. ENTERPRISES, INC. D/B/A V & J TRUCKING,
Appellants

NO. 14-12-00366-CV            V.

PARAMJJIT SINGH TOOR AND KULWANT SINGH NAGRA, Appellees

_____

Today the Court heard appellants' motion to dismiss the appeal from the judgment signed by the court below on January 6, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, R.V. Brothers Inc. aka R.V. Enterprises, Inc. d/b/a V & J Trucking.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.